An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KRYSTAL JOHNSON,
Appellant,
vs.
MARTIN DRUMM,
Respondent.

No. 62536

**FILED**

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve her civil proper person appeal statement. Appellant's civil appeal statement was due in this court by March 12, 2013. To date, appellant has failed to file her civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____ J.
Parraguirre

_____ , J.
Cherry

cc:  Second Judicial District Court Dept. 10
Krystal Jean Johnson
Kathleen A. Sigurdson
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12513